638

STATE of Vermont v. Gordon L. COOK, Jr., No. 155-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

Gordon GRAHAM v. Rex SNODGRASS and Denise Snodgrass, No. 158-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

Michael A. HERTZBERG v. Dorwin THOMAS, No. 162-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

Dolores COOLEY, as next friend of Donelle Cooley v. The CRAFTSBURY ACADEMY SCHOOL BOARD represented by Morris Rowell, Walter Cutzmann and Donald Waterhouse, and S. Arnold Smith, Town Agent, No. 166-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

PINEWOOD MANOR, INC. v. TOWN OF ESSEX and Kevin D. Ryan, Tax Collector of the Town of Essex, No. 193-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

PUTNAM COUNTY NATIONAL BANK OF CARMEL v. Arthur E. PURDY, Fern G. Purdy, a/k/a Fern Gay Purdy, No. 197-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

Kay DONOVAN v. R. Edwin JACOBSEN, No. 213-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

TOWN OF BRATTLEBORO SCHOOL DISTRICT v. Oscar DALEM a/k/a Oskar Eugen Drzemalia, Ursula Dalem and Dalem's Chalet, Inc., No. 254-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

James W. LOEWEN v. Patricia H. LOEWEN, No. 263-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

STATE of Vermont v. Nicholas GARDNER, No. 266-78

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).